# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ORLANDO TORRES, | Case No. CV 07-7605-JWJ |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**.

DATED: March 28, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge